United States District Court
Southern District of Texas
**ENTERED**
January 08, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 7:23-CR-1245-S1** |
| | § | |
| **IRVIN ALONZO OTERO** | § | |

**PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Rule 32.2 (b) of the Federal Code of Criminal Procedure this Court now enters a Preliminary Order of Forfeiture and makes the following findings:

1. A Criminal Superseding Indictment was returned by a Federal Grand Jury in the Southern District of Texas, McAllen Division on December 13, 2023, charging the Defendant, Ciro Irvin Alonzo Otero, with attempt and conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A). The Criminal Superseding Indictment included a Notice of Forfeiture pursuant to Title 21, U.S.C. §853, in which the United States sought forfeiture of the following:

| Asset No. | Asset | Description (including VIN or account number) |
|---|---|---|
| 1 | 2009 Peterbilt Tractor | VIN # 1XPHD49X69D773011 License Plate R641914 |
| 2 | 2013 Dane Trailer | VIN # 1GRDM9625DH716196 License Plate 151B723 |

(Hereinafter referred to as "Subject Property")

1. On December 21, 2023, Defendant, Irvin Alonzo Otero, pleaded guilty to Count One of the Indictment. This Court, having considered the Defendant's plea, the factual basis submitted by the Government, and the Report and Recommendation of the United States Magistrate Judge has found the Defendant guilty of attempt and conspiracy to possess with intent to distribute a controlled substance.

2. The factual basis submitted by the Government's attorney during the plea further establishes the requisite nexus between the Subject Property and the offense of conviction. Defendant has agreed to the forfeiture of the Subject Property.

3. As a result of the foregoing, the Court finds that the Subject Property is forfeited to the United States and that the United States has a forfeiture of said property against defendant Irvin Alonzo Otero. Said forfeiture shall be included in the Defendant's sentence and judgment.

4. Pursuant to 21 U.S.C. § 853(n), the United States shall: (a) directly notify all persons or entities known to own or claim an interest in the forfeited property; and (b) publish in a Government internet site (www.forfeiture.gov) notice of the entry of this Order, the intent of the United States to dispose of the forfeited property, and advise any claimants to file a petition with the Court and the Assistant United States Attorney assigned to this matter within thirty (30) days of the final publication of this notice or if actual notice was received, then within thirty (30) days of receipt, requesting the court for a hearing to adjudicate the validity of his/her alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time, and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. The petition of the Assistant United States Attorney in the foregoing case should be mailed to:

> Tyler Foster
> Assistant United States Attorney
> U.S. Attorney's Office
> 800 North Shoreline Blvd, Suite 500
> Corpus Christi, Texas 78401

5. Upon adjudication of all third-party claims, the Court will enter a final judgment and order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2 (c)(2).

SIGNED this 8th day of January 2024.

_Drew B. Tipton_
DREW B. TIPTON
U.S. DISTRICT COURT JUDGE